**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RICHARD L. FIELD, | : | |
| | : | |
| Plaintiff, | : | 3:06cv1481 (MRK) |
| | : | |
| v. | : | |
| | : | |
| ADVO, Inc., S. SCOTT HARDING, | : | |
| JEFFREY E. EPSTEIN, and | : | |
| DONALD S. SCHNEIDER, | : | |
| | : | |
| Defendants. | : | |

## ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to Judge Alfred V. Covello for all purposes including trial. All further non-electronic pleadings or documents in this matter should be filed with the Clerk's Office in Hartford, and shall bear the docket number 3:06 CV 1481 (AVC). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 7 (a).

Dated at New Haven, Connecticut this 21st day of December, 2006.

IT IS SO ORDERED.

_____
Mark R. Kravitz
United States District Judge